PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED

SEP 11 2019

David J. Bradley, Clerk of Court

**Jesse Lee Ramirez**
Plaintiff's Name and ID Number

**Kleberg County**
Place of Confinement

CASE NO. **Check with Clerk Deputy**
(Clerk will assign the number)

v.

**State of Texas, Kleberg County** more see list: →
Defendant's Name and Address

**City of Kingsville, Kleberg Detention Center, City mayor, Judge Chequ Delapaz, Chris lee**
Defendant's Name and Address

**Inmates see list, Nabisco original cracks co manufactur, Appel co. GALA, Appel Co Washington Red, Frito ley inc, Snack Pack Jello Pudding, Sysco food source of Detention center**
Defendant's Name and Address
( DO NOT USE "ET AL.")

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
  1. Approximate date of filing lawsuit: 2014, 2015, 2016, 2017
  2. Parties to previous lawsuit:
     Plaintiff(s) Jesse Lee Ramirez
     Defendant(s) Lakewood Police, City of Lakewood Co, Director Prisons Co, Colorado Governer Hikkenloup, Bunavista Prison Warden, Fremont State Prison.
  3. Court: (If federal, name the district; if state, name the county.)
  4. Cause number:
  5. Name of judge to whom case was assigned: FN le Gorsurl
  6. Disposition: (Was the case dismissed, appealed, still pending?) I had City Police Dismissed The others Granted some still pending
  7. Approximate date of disposition:

II. PLACE OF PRESENT CONFINEMENT:

There are more lawsuits
2 Disposition was Granted Change of Policies, Rules, laws over Rose's meds FDA Standards more. see Nex's lexis.

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _X_ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

The Grievence officer never Responded to none of them

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ~~State of Texas / Kleberg County Detention Center Staff Inmates, City Mayor, City Comm~~
Jesse Lee Ramirez 832-339-1528) 317, E FM 771
Riviera TX 78379

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: State of Texas Government / Austin Texas Capitul of Texas Austin

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation Conflict of Intrest. is not moving me to other facility and is not Super vising, city: State, county, state of Texas Responsibility

Defendant #2: Kleberg County Detention Center. Olvera Gyton, Wetherford Staff Garcia (1) Garcia (2), Flires, Kate, Rosas, Reyes, Rodrigez, Mendoza, Leos, Hyatt, CPL Heck, CPL Foster, CPL Vela, Sgt Alvares, CPL Pres   See list

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Poison food, Cyber Rape, Cyber Assault, lazers, Mail fraud  see Back list

Defendant #3: Inmates Eddie Kilo, longoria Red, John Mark Lopez, Gilbert / Angel / Eric / Navaro / marco / Daniel / Garza / Richard, Brako, Trevino, David  see list

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cyber Rape, Cyber Assault, Cyber Filming, Orginized Crime  see list

Defendant #4: Kleberg County Deputies. Garcia (1) Garcia (2) Pena Alvarez, Gonzalez, Mayor, City Comm @ see list

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cyber Rape / Cyber Assults / Attempted Murder Poison Food   see list.

Defendant #5: Angie Heck. Dentist Kleberg hospital. Mendozas Pharmacy, Nabrisco Seltin Crackers, Gala Appels #4133# 4315) Wash Red 4015, Frito Lays, Snack Pack, Sysco Detention Food Source, Secures / Hotline crime Tip

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Poison Appels, Foods, Medication Poison, Dentist Poison Gases Hospital Poison Geses. False Information on Death Certificate, Autopsey ect...

V. STATEMENT OF CLAIM:
See entier list
All on Suit / Federal law suit

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Rapped By staff, Garcia(1) Garcia(2) Kate Hernandez Gonzalez Rojas. Pena "see list" inmate Kitizens Kilo Eddie" Longoria Red John Albert, Chris, Ohmar, Angel, David, Zuniga, Richard, Eric, Mark Lopez, BraKa, see list "The dates will and others will be in the Full Brief. Data Perfection to some witness/; I have been Eating Poison oaks From Kitchen, Staff, Gytan, Hernandez, Reyes Gonzalez Justees, have Been Cookie my food with Arcivic, Silica Acids, Batty icids TP, Hygine, Clothing, Bedding, coated with Aods. Food, Cer Kers sandwiches, Coated with Acids. Apples injected with Silica Acid # illigal Porn Production in Jail Facility. Agg Assualt By Cyber Murder, Conspiricy, Ore Crimes, other sampels and other see 3-15-19

VI. RELIEF: FBI Lab Houston TX WTC Jester.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant Conflict of Intrest Force Jail to move me out of State Pay Compensation Injuries; and for Torchered "1 Trillion Dollar

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

See FBI Director and Dept of Justice for full Rec

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

See FBI Department of Justice Konfidential

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division): ___
 2. Case number: ___
 3. Approximate date sanctions were imposed: ___

4

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Rapped, By Staff, Garcia "6PM" Garcia 2, Kate, Hernandez, Gonzalez, Rojas male, male Pena - see list: Inmates "Kilo Eddie" Longoria Red "John, Nune, Albert Gilbert, Daniel, David Garza, Ricard Neto. Most in sec 2 and in Pod. The data are in Brief Pack / all in order: Assaults, Poison in food, see Sampels FBI LAB / sent 8-15-19 / I have 2nd Sampel Pack / 1141 Ruadels was taken By Staff Tampering with evidence, Organized Crime, Gangs running Jail Leader Kilo "Eddie" John Nune, Neto, Steven, Pit Gilbert. See list: Staff "Rocke" Organized Crime Conspiracy, Rape, Attempted Murder, Illigal Porn Filming, Kidnapping, Terrorist with Public Tap water Acids/Silica see sampels, IRS lab 610 West TC Houston TX, Bribery Inmates sec 2, wanting to pay me, Murder Conspiracy with Kleberg hospital, see FBI form, MoTx spying on me violation of Roosevelt, Hipaa act Medical, violation of Policies 25% Deductions. Back Cyber/sex, sexcult, Illigal ____ sentence medical off under influ___ → Mail Fraud, Violation of Civil Rules, and Procedure violation of Time Bar

VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Great Conflict of interest, Force jail to move me to other Facility → Back
Pay Compensation, If criminal acts proceed by Staff, Inmates, law enforcement, other Prisoment: Medical Ex Pay By state, a Compensation 1 Trillion Dollars
Revison city, County Policies on Jail/Admin

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
See FBI Director Robert Muller / US Cabnit Confidential

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
Yes see Back ground of Employment / and Inprisonment. Fort Leven-worth Kan. FBI # at US Cobnit, CIA, FBI Houston TX 610 West TC Jester

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?  ___YES  X NO

see Back →

4

Dangrous Chemicals in Jail facility, Acids sprayed through vents and facility Rigged with Dangrous Gases, Violation of Federal Law and Regulation on medical standards, DEA, Federal Regulation Violations, or Rules and standards on Jail/Prisons, United States Criminal Justice Department, Violation on Montez case law ADA supplies Violation on Case law Mandela Case law. Violation of Health Dept Regulations on Food, Nutrients, and Calories 2000. Base Cal Factor Attempted murder of lack of Nutrients, Acids/Silica, not eating malnutritioned, Violation on meal standards/Violation of Conflict of Interests. Not moving me to Anoth Facility Jail /Standard Federal Rules of my Atty & Issue Jail issue, Cyber lazer Filming violation privacy spying on me, Mind reading, Cyber Tech, mirrors, monitors, Cyber Protection lighting ect, MAMA Federal Hippa Act, Assult and Mental Health Violation Cyber Voices, Agg Assult mental Health, Stalking Perversion Watch me shower, sleep, eat, clean, write, everything I do in cells equiped with Tech, Inmates Agg assult on Mental Health with Voice, Voice Recorder, Organized Crime, Agg Assult Mental Health Voices Voice Recorders Repeat Voices Box, Heter (LR) Filmmaking and equipment in Facility of State, County Jail/Escort Services selling sex, Prositution Rock, org, crime Kidnapping Women Hostage, and Forcing Sex Federal Charges/Federal Policies on Criminal violations. See U.S.C on Criminal violations and Theft monetary 1st Claim act on Religous meals, Education, Counseling, Religous, Federal statute state law, Continous Nmates Cell phones, monitors, Tape voice Recorder, speak voice Box, Film, Cameras, Illigal spying. Pluting Frameing setting me up for Federal Perj Act lieing. Attempted murder, Assult By using Cyber For Death Y Fear or Startling. Assult invisibility forms Cyber/lazer/mirror/slid photos./ Computer Monitors. Illigal point filming. Using Jail as Film set up's. Conspirecy Compt Murder By Cyber, Racks Organized crime Inmates using Jail staff to Fear emotional/Emotion/Mental Health/to Cause Death Ry ber, Cyber Assults and Rape Conspirecy. Violation on medication FDA standards s Medication Refills, Dept. of Regiatary Agencies RN, LVN, F.D.A Food Regulation. Nutrients/factors/chemicals/Poisoning Food/FDA Calories and Substance Foods see samples and list of names/ FDA, Hippa law Glucose, under right to Assult, Attempt to murder By Chemicals in Food poison to cause Low Sugar/ Death, low Calories and Nutrants. Itch and Bedding, PJ, Towels, Everything Chemicals and Dangrous Substance Sprayed see samples. FBI Lab BIU went Water 3.15.19 Federal laws, Chemicals used and licenses on Gases, Acids Orginized Crime Conspirecy Inmates in Jail using Film Production, Cyber tools, Roaming Facility, staff and law enforcement lack and Negligence on Facility Rules, Policies, Inmates and Citizens in Facility By Mortal Flesh and Cyber/FDA Nutrient Facts: Ect. Other State and Federal Law is to Be added Revision and add on With Names States, Erection can be made any time. See U.S.C. 1983. tags 1915 U.S.C 28. 41.42. United States Postmasters office   # 3rd Lawsuit   25% Deduction Policies.
Washington DC, Jail/Mail Fraud/
Legal documents Fraud by mail staff and inmates. Mail Fraud Incoming Mail, Out going mail. Non Send. Violation Postmasters office legal mail opening and Reading, Not Sending Legal Documents, evidence, and not Certifying mail With Certified Certificate and of service. See United State code Post master Federal law/statute/standard/Regulations Rules/ U.S.C. Federal Laws-

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_ YES  X  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: July 19, 2019
DATE

_Jesse Lee Ramirez_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  July  day of  19 , 20 19 .
        (Day)              (month)           (year)

_Jesse Lee Ramirez_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

$1.90
R2305E125869-75

78401

CORPUS CHI
MON 09 SEP 2019 PM

Jesse L. Rmirez
Petitioner, Pro Se
Inmate Correspondence
1500 E King Ave,
Kingsville, TX 78363

United States Courts
Southern District of Texas
FILED

SEP 11 2019

David J. Bradley, Clerk of Court

David J. Bradley
Clerk of Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401