United States District Court
Southern District of Texas
**ENTERED**
November 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JESSE LEE RAMIREZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-00272 |
| § | |
| THE STATE OF TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Jesse Lee Ramirez has filed this *pro se* complaint under 42 U.S.C. § 1983. In a Notice of Deficient Pleading mailed on September 19, 2019, Ramirez was notified that he must submit either the $400 filing fee or a trust fund account statement (or institutional equivalent). (D.E. 5). Ramirez was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in his case being dismissed for want of prosecution.

Having received no response from Ramirez, the undersigned issued an order to show cause on October 21, 2019, ordering him to show cause within 20 days why his lawsuit should not be dismissed for want of prosecution. (D.E. 8 at 1). Ramirez was warned that failure to comply with the order would result in the dismissal of his lawsuit under Federal Rule of Civil Procedure 41. (*Id.* at 1-2).

Over 20 days have passed since the undersigned issued the order to show cause. Over that period, Ramirez has sent three letters claiming that the court is not getting his mail and that he should be given a hearing. (D.E. 9, 10, 11). He sent a similar letter in

the time period between the Notice of Deficient Pleading and the Order to Show Cause. (D.E. 6). The court is receiving Ramirez's mail, he has merely failed to submit either the filing fee or a trust fund statement. Ramirez appears to know how to file documents and letters but has failed to comply with simple instructions.

Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff fails to comply with a court order. *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b). Accordingly, it is recommended that the Plaintiff's application for leave to proceed *in forma pauperis* (D.E. 272) be denied and his complaint be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b), for failure to comply with the initial deficiency orders,

Respectfully submitted this 21st day of November, 2019.

                                            _____
                                            B. JANICE ELLINGTON
                                            UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).